IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LUKE ANDERSON, husband and wife; and
HILLARY ANDERSON, husband and wife;

Plaintiffs,

vs.

JOHN FALKENTHAL,

Defendant.

8:23CV237

ORDER OF DISMISSAL

This matter comes before the Court on the parties' Stipulation of Dismissal (Filing No. 24). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice with each party to bear its own costs and attorneys' fees.

Dated this 10th day of September, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge